COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



SERGIO RENE MONTEJANO,      §

           Appellant,    §

v.                         §

THE STATE OF TEXAS,       §

           State.        §

                        §

No. 08-12-00235-CR

Appeal from the

168th District Court

of El Paso County, Texas

(TC# 20090D05687)

# **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time to file the brief until **May 1, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John L. Williams, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **May 1, 2013.**

IT IS SO ORDERED this 24th day of April, 2013.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.